UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20759-CIV-JEM

STRIKE 3 HOLDINGS, LLC,
a limited liability company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address
216.189.179.64, an individual, JOHN DOE
subscriber assigned IP address
216.199.135.251, an individual, and JOHN DOE
subscriber assigned IP address 107.142.184.96,
an individual,

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. This case was previously consolidated with two related cases. (DE 6, 15). On October 29, 2019, the Court ordered Plaintiff "to file a single amended pleading, encompassing the totality of its claims (and related docket entries from 19-20769 and 19-22183) in the present case on or before **November 8, 2019**." (DE 16). The Court granted Plaintiff until November 29, 2019 to effect service of process on Defendants and warned that failure to do so may result in dismissal without prejudice without further notice. (*Id.*)

Plaintiff timely filed an Amended Complaint (DE 17) but requested additional time to effect service of process on Defendants (DE 18), which the Court granted until December 17, 2019. Thereafter, Plaintiff voluntarily dismissed two of three Defendants (John Doe subscriber assigned IP Address 216.199.135.251 and John Doe, subscriber assigned IP address 107.142.184.96) (DE 19, 21).

However, service has not been perfected on John Doe, subscriber assigned IP address 216.189.179.64. The Complaint against this Defendant was filed February 26, 2019. Because the time for service has passed, despite repeated extensions of time, dismissal is required pursuant to Rule 4(m). Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall mark this case **CLOSED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 18 day of December, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies via CM/ECF to:

The Honorable Alicia M. Otazo-Reyes
U. S. Magistrate Judge

Counsel of record